UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTLE ITALY OCEANSIDE
INVESTMENTS, LLC,

   Plaintiff,                                       Case No. 14-cv-10217
                                               Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA et al.,

   Defendants.
_____/

## ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTION TO DISMISS (ECF #11) WITHOUT PREJUDICE

On August 27, 2014, the Court heard oral argument on Defendants' Motion to Dismiss (ECF #11). For the reasons stated on the record at the hearing, Plaintiff shall file an amended complaint **by no later than October 24, 2014**. Defendants shall answer or otherwise respond within **45 days** after Plaintiff files its amended complaint. Because the Court has directed Plaintiff to file an amended complaint, Defendants' Motion to Dismiss (ECF #11) is **DENIED** as moot and without prejudice.

   **IT IS SO ORDERED**.

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: August 27, 2014

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 27, 2014, by electronic means and/or ordinary mail.

                              s/Holly A. Monda  
                              Case Manager  
                              (313) 234-5113